UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br>  v.<br>VALDIOSERA,<br>    Defendant. | Case No. 19-cr-00564-SI-1<br><br>**JUDGMENT** |

The Court has denied defendant Ulysses Valdiosera's motion to vacate under 28 U.S.C. § 2255. Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated: January 31, 2023

_____
SUSAN ILLSTON
United States District Judge